IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EDWARD YOUNG,**

    **Plaintiff,**

**vs.**                                                                                          **4:04-CV-195-SPM**

**ROSE PRINTING COMPANY,**

    **Defendant.**
_____/

**ORDER EXTENDING DEADLINE FOR MEDIATION
AND DISPOSITIVE MOTIONS**

    **THIS CAUSE** comes before the Court upon the "Joint Motion to Extend Mediation Deadline" (doc. 31) filed April 25, 2005.  The parties acknowledge that the mediation and scheduling order (doc. 16) set a deadline of March 14, 2005 for the parties to mediate, but cite calendar conflicts as the reason for the inability to coordinate an agreeable date and time to this point.  The parties report that they have now selected a mediator and have scheduled a mediation session for April 26, 2005.  The parties have also requested that the deadline for filing of dispositive motions be extended (doc. 29) to facilitate mediation.

    The Court finds the extensions to be appropriate.  Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. The motions for extension of time (docs. 29 and 31) are hereby *granted*.

2. Mediation shall be completed on or before **April 26, 2005**.

3. The mediation report shall be filed on or before **May 10, 2005**.

4. All dispositive motions shall be filed on or before **May 13, 2005**.

5. All other dates in the mediation and scheduling order (doc. 16) shall remain in full force and effect.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of April, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao