IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWARD YOUNG,

    Plaintiff,

vs.                                             4:04-CV-195-SPM

ROSE PRINTING COMPANY,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Joint Stipulation of Dismissal" (doc. 38) filed June 1, 2005. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this sixth day of June, 2005.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge

/pao